UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ABILOAM MACARIO,

      Petitioner,

    v.                       Case No.:  2:26-cv-01305-SPC-DNF

GARRETT RIPA *et al.*,

      Respondent,

                             /

## **OPINION AND ORDER**

Before the Court are petitioner Abiloam Macario's Petition for Writ of Habeas Corpus (Doc. 1), the government's response (Doc. 4), Macario's reply (Doc. 8), and the government's Notice of Removal and Suggestion of Mootness (Doc. 9).  For the below reasons, the Court denies the petition.

Macario is a native and citizen of Guatemala.  He first entered the United States on July 13, 2014.  Border Patrol apprehended him, processed him for expedited removal, and removed him from the United States on July 17, 2014.  Over the next two years, Macario re-entered the United States three times.  Border Patrol caught him shortly after his first two attempts, reinstated the removal order, and promptly removed him.  But in 2016, he crossed the border without detection, and he has lived in the United States since then.

On January 20, 2026, local police arrested Macario during a traffic stop and handed him over to Immigration and Customs Enforcement ("ICE"). ICE reinstated the 2009 removal order two days later. On April 22, 2026, Macario filed this habeas action, arguing his detention without a bond hearing violated the Fifth Amendment and the Administrative Procedures Act. ICE removed Macario to Guatemala on May 5, 2027.

The Eleventh Circuit has held that a challenge to immigration detention becomes moot if the petitioner is subsequently deported. *Salmeron-Salmeron v. Spivey*, 926 F.3d 1283, 1290 (11th Cir. 2019). Accordingly, this action is **DISMISSED as moot**. The Clerk is **DIRECTED** to terminate any pending motions and deadlines, enter judgment, and close this case.

**DONE AND ORDERED** in Fort Myers, Florida on May 8, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1